UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:                                                                                        CASE: R12-42310-MGD

CHARLOTTE CHARMAINE PRINCE                                              CHAPTER 13

**Debtor**

## Notice of Final Cure

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Mary Ida Townson files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  WILMINGTON SAVINGS FUND SOCIETY, FSB

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 5 | 8661 | $3,038.90 | $3,038.90 | $3,038.90 |
| Total Amount Paid by Trustee | | | | $3,038.90 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit              **X**   Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

R12-42310-MGD

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served the following with a copy of the foregoing pleadin depositing same in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

CHARLOTTE CHARMAINE PRINCE
106 DUMAINE STREET
DALLAS, GA 30157

THE GALLER LAW FIRM, LLC
P.O. BOX 2118
ROSWELL, GA 30077

WILMINGTON SAVINGS FUND SOCIETY, FSB
ATTN: Bankruptcy Administrator
C/O FCI Lender Services, Inc.
P.O. Box 27370
Anaheim Hills, CA  92809

MARC RIPPS
PO BOX 923533
NORCROSS GA 30010-3533

SHAPIRO PENDERGAST & HASTY
ANTHONY MASELLI
211 PERIMETER CENTER PKY STE 300
ATLANTA GA 30346

Dated: April 21, 2017                    Respectfully submitted,

                                                                                 _/s/_____
                                                          Mary Ida Townson, Attorney
                                                          Standing Chapter 13 Trustee
                                                          GA Bar No. 715063
                                                          191 Peachtree Street, Suite 2200
                                                          Atlanta, GA  30303
                                                          (404) 525-1110
                                                          maryidat@atlch13tt.com